REBEKAH SCHULTHEISS, OSB No. 121199
FREEDOM FOUNDATION
PO Box 552
Olympia, WA  98507
RSchultheiss@FreedomFoundation.com
360.956.3482

PAUL D. CLEMENT (*pro hac vice*)
ANDREW LAWRENCE (*pro hac vice*)
PHILIP HAMMERSLEY (*pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA  22314
Paul.Clement@clementmurphy.com
Andrew.Lawrence@clementmurphy.com
Philip.Hammersley@clementmurphy.com
202.742.8900

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **THE FREEDOM FOUNDATION,**<br>    *Plaintiff*,<br>              v.<br>**DAN RAYFIELD** *et al.*,<br>    *Defendants*. | **Case No. 3:25-cv-2451-MTK**<br><br>**PROPOSED BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

On December 31, 2025, Plaintiff Freedom Foundation filed a complaint challenging the constitutionality of Chapter 307 of the 2025 Oregon Session Laws, and moved for a preliminary injunction preventing Defendants from enforcing the law against Plaintiff.  That same day, this Court ordered that, within five days of service on Defendants, the parties must confer and submit a proposed briefing schedule on Plaintiff's motion for a preliminary injunction.  *See* Dkt.5.  Plaintiff served all Defendants but one on January 7, 2026, and completed service on January 8, 2026.  *See* Dkt.13.

On January 12, 2026, counsel for Plaintiff conferred with counsel for Defendants about a proposed briefing schedule on the motion for a preliminary injunction.  The parties could not reach an agreement and accordingly set forth their respective positions below.

Plaintiff proposes that the Court adhere to the default briefing deadlines set by the Local Rules, which allow the non-moving party 14 days from service of the motion to file a response, and the moving party to file a reply 14 days after service of the response.  Thus, Plaintiff proposes that Defendants should submit their responses on January 21, 2026,[1] with Plaintiff's reply due on February 4, 2026.  Plaintiff opposes any efforts to extend the briefing deadlines beyond the default schedule set by the Local Rules because of the ongoing constitutional injuries that it is suffering from the challenged statute.

Defendants propose that the Court set a February 4, 2026 due date for their responses.  Plaintiff seeks a preliminary injunction against an Oregon statute that was signed by the Governor in June 2025.  Plaintiff took a full six months to file its complaint on December 31, 2025.  Along with its complaint, Plaintiff filed a motion for a preliminary injunction that is supported by a 39-

---

[1] The lone Defendant—the Oregon Education Association—served on January 8 is represented by the same counsel representing all other union Defendants, whom Plaintiff served on January 7. Fourteen days after January 7 is January 21.

page brief and a supporting declaration with exhibits. Plaintiff then took another full week to serve the complaint and preliminary injunction motion on January 7 and 8, 2026. Defendants require until February 4, 2026 to review Plaintiff's evidence and legal arguments, conduct legal research, and provide a response to the preliminary injunction motion that will assist the Court in making a decision. There is no upcoming event that creates an emergency. Nothing prevented Plaintiff from filing its complaint and preliminary injunction motion earlier.

| | |
|---|---|
| Dated: January 13, 2026 | Respectfully submitted, |

/s/ *Sadie Forzley*
SADIE FORZLEY #151025
Senior Assistant Attorney General
YOUNGWOO JOH #164105
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Sadie.Forzley@doj.oregon.gov
Youngwoo.Joh@doj.oregon.gov

*Attorneys for Defendants Dan Rayfield, Oregon Employment Relations Board, Adam Rhynard, Shirin Khosravi, Benjamin O'Glasser*


/s/ *Scott A. Kronland*
Scott A. Kronland (*pro hac vice motion to be filed*)
(he, him)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94618
415-421-7151
skronland@altber.com

*Attorneys for Union Defendants*

/s/ *Rebekah Schultheiss*
REBEKAH SCHULTHEISS, OSB No. 121199
FREEDOM FOUNDATION
PO Box 552
Olympia, WA 98507
RSchultheiss@FreedomFoundation.com
360.956.3482

PAUL D. CLEMENT (*pro hac vice*)
ANDREW LAWRENCE (*pro hac vice*)
PHILIP HAMMERSLEY (*pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Paul.Clement@clementmurphy.com
Andrew.Lawrence@clementmurphy.com
Philip.Hammersley@clementmurphy.com
202.742.8900

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that, on January 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

By: /s/ *Rebekah Schultheiss*
REBEKAH SCHULTHEISS, OSB No. 121199
FREEDOM FOUNDATION
